UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN AHIR; NEOMI HOSPITALITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ANAHEIM, a municipal corporation; DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No.:   8:22-cv-01581 JVS (ADS) <br><br> Assigned to: Hon. James V. Selna <br><br> **JUDGMENT** <br><br> Action Filed:   August 24, 2022 |

    The Motion for Summary Judgment ("MSJ") of Defendant, City of Anaheim ("Anaheim") (Dkt. No. 29), came on for hearing before this Court on June 10, 2024, and Jesse Jacobs, Deputy City Attorney, appeared as attorney for Defendant; Frank A. Weiser appeared as attorney for Plaintiffs Pravin Ahir and Neomi Hospitality, Inc. ("Plaintiffs").

    Having fully considered the argument of counsel, both oral and written, and all other matters presented to the Court, the Court confirmed its tentative ruling GRANTING the MSJ.  (Dkt. No. 54.)

    On June 11, 2024, the Court issued its formal Order GRANTING the MSJ (Dkt. No. 55), which order is incorporated by reference herein and sets forth the Court's reasons for granting the MSJ.  This judgment follows.

# **JUDGMENT**

The Court having GRANTED Anaheim's MSJ, the Court having found that Anaheim is entitled to judgment as a matter of law, and the Court having issued its findings, ruling and orders regarding Anaheim's MSJ (Dkt. No. 55), which findings, rulings and orders are incorporated by reference herein, issues the following further order and judgment.

NOW THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that Anaheim's MSJ having been granted, that Plaintiffs' complaint and all causes of action against Anaheim are dismissed with prejudice as to Anaheim, that the action in its entirety is dismissed on the merits, that judgment is entered in favor of Anaheim, as against Plaintiffs, that Plaintiffs shall take nothing by their complaint filed herein against Anaheim, and Anaheim shall recover from Plaintiffs its costs incurred in this action.

Dated: June 25, 2024

By: _____
Honorable James V. Selna
United States District Judge

152418